# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>A. THOMPSON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-02130-SMS PC<br><br>ORDER REVOKING IN FORMA PAUPERIS STATUS PURSUANT TO 28 U.S.C. § 1915(G), AND REQUIRING PLAINTIFF TO SUBMIT $350.00 FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 6) |

       Plaintiff Joshua Todd Woolridge, a state prisoner proceeding pro se, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2009, along with a motion seeking leave to proceed in forma pauperis. For the reasons set forth below, Plaintiff's motion was granted in error and his in forma pauperis status shall be revoked.

       28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to section 1915(g) on March 20, 2007, and is precluded

///

///

///

from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked pursuant to 28 U.S.C. § 1915(g); and
2. Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   July 8, 2010**                          /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of case numbers 5:04-cv-01602-UA-MAN Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir., et al. (C.D.Cal.) (dismissed 01/20/2005 for failure to state a claim); 5:06-cv-01351-UA-MAN Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir. (C.D.Cal.) (dismissed 01/03/2007 for failure to state a claim); 5:07-cv-00229-UA-DUTY Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir. (C.D. Cal.) (dismissed 03/20/2007 for failure to state a claim); 5:08-cv-01815-UA-MAN Woolridge v. City/County of Riverside, et al., (C.D.Cal.) (dismissed 01/16/2009 for failure to state a claim); 5:09-cv-00314-UA-MAN Woolridge v. City/County of Riverside, et al., (C.D.Cal.) (dismissed 02/23/2009 for failure to state a claim); 1:09-cv-00158-AWI-GSA Woolridge v. Cal. Dep't of Corr. & Rehab., et al., (E.D.Cal.) (dismissed 05/15/2009 for failure to state a claim); 2:09-cv-00734-JAM-GGH Woolridge v. Cal. Dep't of Corr. & Rehab., (E.D.Cal.) (dismissed 07/27/2009 for failure to state a claim); and 5:09-cv-01377-UA-MAN Woolridge v. Anwar, (C.D.Cal.) (dismissed 07/29/2009 for failure to state a claim).

[2] Plaintiff's claim in this action arises from the confiscation of his personal property at Kern Valley State Prison. The Court expresses no opinion on the merits of Plaintiff's claim.