UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE,<br><br>           Plaintiff,<br><br>    v.<br><br>A. THOMPSON, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-02130-SMS PC<br><br>ORDER VACATING APRIL 26, 2010, ORDER WHICH GRANTED PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTED CDCR TO MAKE MONTHLY DEDUCTIONS FROM PLAINTIFF'S TRUST ACCOUNT<br><br>(Doc. 6)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE THIS ORDER ON CDCR DIRECTOR AND COURT'S FINANCIAL DEPT. |

Plaintiff Joshua Todd Woolridge, a state prisoner proceeding pro se, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2009. In a separate order issued concurrently with this order, the Court revoked Plaintiff's in forma pauperis status and ordered him to pay the $350.00 filing fee in full within thirty days. 28 U.S.C. § 1915(g).

Accordingly, it is HEREBY ORDERED that:

1. The order granting Plaintiff leave to proceed in forma pauperis status in this action and directing the California Department of Corrections and Rehabilitation (CDCR) to make monthly deductions from Plaintiff's trust account if funds are available, filed April 26, 2010, is VACATED; and

///

///

2.   The Clerk's Office shall serve a copy of this order on the Director of CDCR and the Financial Department of this Court.

IT IS SO ORDERED.

**Dated:**   **July 8, 2010**                                /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE