# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | CASE NO. 1:09-cv-02130-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) |
| v. | |
| A. THOMPSON, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Joshua Todd Woolridge, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2009. On July 9, 2010, the Court revoked Plaintiff's in forma pauperis status and ordered him to pay the $350.00 filing fee within thirty days or this action would be dismissed. 28 U.S.C. § 1915(g).

Plaintiff appealed the in forma pauperis revocation, but on September 21, 2010, his appeal was dismissed for failure to perfect the appeal and mandate was issued. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED without prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   November 3, 2010**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1